# DC-586CC Musculoskeletal Pain NET

| Current Facility: | Date of Report: | Military time seen: |
|---|---|---|
| SCI MAHANOY | 01/12/2021 | 12:00 |

## Subjective

*TO BE COMPLETED BY LPN/RN/RNS:*

**Chief Complaint:**
I am having trouble walking this morning, kMy hands are numb and they wont give me nerve medication for it. I need a new MRI, my legs are heavy, dragging and i couldnt take it anymore.

**History of Present Illness:**
this has been for 2 1/2 weeks

## Pain Assessment:

**Onset:**
12/22/2020

**Location:**
Low back and hands

**Radiation:**
to hands and down back

**Intensity (0-10):**
10

**Numbness/Tingling:**
yes hands

**Associated Sx:**
numbness and tingling

**Pain Aggravated by:**
movement and walking

**Pain Relieved by:**
nothing relieves pain

## Significant Medical History

**Arthritis:**
☑ No

**Old Trauma:**
☑ No

**Recent Trauma:**
☑ No

**Sickle Cell Anemia:**
☑ No

**Autoimmune Disease:**
☑ No

**Other (significant medical history):**
*NO ANSWER PROVIDED*

*[Handwritten: Exhibit III A 1]*

---

**DC-586CC Musculoskeletal Pain NET**
DC-586CC Musculoskeletal Pain

Patient Name: COX, MICHAEL
Patient Number: CW6376
Location: F-A-1030-01
DOB: 12/5/1960
Facility: SCI MAHANOY
Electronically Signed By DONOVAN, MICHELE on 01/12/2021 13:29:24