

# Initial Review Response
SCI Mahanoy
301 Morea Rd
Frackville, PA, 17932-0001

03/22/2021 01:10

| | | | |
|---|---|---|---|
| **Inmate Name:** | COX, MICHAEL | **DOC #:** | CW6376 |
| **Facility:** | Mahanoy | **Unit Location:** | 3 / B |
| **Grievance #:** | 917091 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

This is in response to grievance #917091. I understand you are seeking monetary compensation, along with PA-C Williams to receive a penalty. I have reviewed your medical record and have interviewed PA-C Williams. PA-C Williams denies showing any indifference to you whatsoever. PA-C Williams was educated on importance of maintaining professionalism at all times. According to your records you were seen by Dr. Loscalzo on January 4, 2021 related to back pain and medication was prescribed. You requested medical sick on January 11, 2021 and seen by PA-C Williams, at that time you were currently on prescribed medication from previous visit with Dr. Loscalzo. PA-C Williams ordered an X-ray related to your concerns. On January 12, 2021 you were seen by nursing for a triage and subsequently seen by Dr. Baddick the same day. On January 13, 2021 you had an X-ray onsite ordered by PA-C Williams. On January 19, 2021 you were seen by Dr. Loscalzo medication changes were made and a consult was placed. On January 25, 2021 you were seen by PA-C Williams medications were previously prescribed, and an additional consult was placed. On February 13, 2021, you were seen by nursing for a triage related to a fall, PA-C Williams was the provider on call that day and verbal orders were given for medication. On February 15, 2021 you were seen in sick call as a follow up triage by PA-C Williams, your medication was adjusted at that time. On February 18, 2021 you were seen for a nursing triage and as an emergent referral by PA-C Williams who ordered you to be sent to the outside hospital for further evaluation. The care you received was appropriate. This grievance is denied.

| | |
|---|---|
| **Signature:** | *P. Howell* |
| **Name:** | P. Howell |
| **Title:** | RNS |
| **Approver:** | J. Mahally |
| **Date:** | 3-22-21 |
| **CC:** | Facility Grievance Coordinator DC-15 |

Exhibit B