## DC-472I - Infirmary Progress Note - Medical Provider

| Date/Time: | Facility: | Type of Infirmary Progress Note: |
|---|---|---|
| 04/19/2021 15:12 | SCI MAHANOY | ☑ Daily Note |

**Subjective:**

Patient seen on morning infirmary rounds and is awake , alert and oriented x 3 and in no acute medical distress at present . Patient denies any increased pain or numbness at present. Patient continues to not wear cervical collar device after it was allowed to be removed on 4/16/2021 by patients orthopedic surgeon and patient offers no new medical c/o at present of neck pain.  Orthopedic Consult notes were not available for morning rounds and a schedule of wean off times was obtained at about 3:00 pm today.   Patient remains medically stable at present and in no acute medical distress at present with no increased neurologic symptoms into his b/l upper or lower extremities. Patient continues to have c/o chronic numbness in b/l upper extremity and he relates it is now improving in his right upper extremity.   Patient continues to do well and remain stable . Pending patients disposition from his Orthopedic Surgery follow up and  patient will be discharged from the infirmary to a handicap cell due to his permanent motor deficits into his b/l upper and lower extremities when a cell is made available .

**Objective:**

GEN: Awake , Alert and Oriented x 3 and in acute medical distress at present.

HEART: RRR

LUNGS: Clear B/L

ABD: Soft , Non Tender , Non Distended.

NEURO: Stable with no increased neuro-vascular deficits noted in B/L Upper or Lower Extremities.

**Vitals Taken:**
☑ Yes

### Vitals

**Temp:**
97.9

**Blood Pressure:**
130/80

**Pulse:**
79

**Respirations:**
14

**O2 Sats:**
99% on R.A.

**Additional Comments on Vitals:**
*NO ANSWER PROVIDED*

**Assessment:**

---

**DC-472I - Infirmary Progress Note - Medical Provider**
DC-472I - Infirmary Progress Note - For Medical Provider use only

**Patient Name:** COX, MICHAEL
**Patient Number:** CW6376
**Location:** F-A-1030-01
**DOB:** 12/5/1960
**Facility:** SCI MAHANOY
**Electronically Signed By** BADDICK, PETER on 04/19/2021 15:18:43

## DC-493 - Emergency Room Transfer Form

**Current Facility:**

SCI MAHANOY

**Date and Time:**

02/18/2021 07:20

**Referring Practitioner:**

Dr. Loscalzo

**Time Referred:**

07:15

**Chief Complaint (Reason for ER Referral):**

Back, loss of sensation to BLE

**History of Present Illness and Exam:**

M54.16 - BACK PAIN W/ RADIATION, UNSPEC. RADICULOPATHY, LUMBAR REGION - [RODGERS, COURTNEY] - 2016-11-02

M54.5 - PAIN, LOW BACK - [MENGHINI, ALYSSA] - 2015-07-22

## Vitals

**Vitals Taken:**

☑ Yes

*Exhibit D C 2* (handwritten)

## Vitals Taken

**Temp:**

98.9

**Pulse:**

90

**Respiratory Rate:**

18

**Blood Pressure:**

130/78

**Pulse Ox:**

98

**Glucose (If Indicated):**

122

**Other Medical Problems:**

E78.5 - Hyperlipidemia, unspec. - [PRINCE, SCOTT] - 2015-07-21
G61.9 - Neuropathy, unspec. - [MENGHINI, ALYSSA] - 2015-07-15
I10 - Hypertension, benign - [PRINCE, SCOTT] - 2015-07-21
M54.16 - Back pain w/ radiation, unspec. Radiculopathy, lumbar region - [RODGERS, COURTNEY] - 2016-11-02
M54.5 - Pain, low back - [MENGHINI, ALYSSA] - 2015-07-22

## Patient Information

**Allergies/Drug Sensitivities:**

NO KNOWN DRUG ALLERGY

**Medications (Specify Name, Dosage, Frequency, Route, and Last Dose Given):**

CHLORTHALIDONE 25MG TAB -- [TAKE 1 TABLET(S) ORALLY ONCE DAILY] -- 2021-01-03--2021-07-31
DOCUSATE SOD 250MG CAP -- [TAKE 1 CAPSULE(S) ORALLY TWICE DAILY AS NEEDED] -- 2021-01-25--2021-02-23
EZETIMIBE 10MG TABLET -- [TAKE 1 TABLET(S) ORALLY ONCE DAILY] -- 2021-01-05--2021-08-02
IBUPROFEN 600MG TABLET -- [TAKE 1 TABLET(S) ORALLY THREE TIMES DAILY] -- 2021-01-03--2021-07-31
LISINOPRIL 20MG TABLET -- [TAKE 1 TABLET(S) ORALLY ONCE DAILY] -- 2021-01-03--2021-07-31

**DC-493 - Emergency Room Transfer Form**
DC-493 - Emergency Room Transfer Form

**Patient Name:** COX, MICHAEL
**Patient Number:** CW6376
**Location:** F-A-1030-01
**DOB:** 12/5/1960
**Facility:** SCI MAHANOY
**Electronically Signed By** WARD, MARGARET on 02/18/2021 07:33:16