IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL COX,** | : | No. 4:22cv1824 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| **BERNADETTE MASON,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 12th day of July 2024, upon consideration of the motion to dismiss filed by Bernadette Mason and Pam Smith (Doc. 38), and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The motion to dismiss (Doc. 38) is **GRANTED**.

2. The claims against defendants Mason and Smith are **DISMISSED**. The Clerk of Court is directed to **TERMINATE** Bernadette Mason and Pam Smith as defendants in this action.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court